People of the State of Illinois, Plaintiff-Appellee, v. Rocco Pranno Alias Jim Pranno, Defendant-Appellant.

Gen. No. 51,144.

First District, Third Division.

April 20, 1967.

Richard H. Devine, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Zagel, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE DEMPSEY. Not to be published in full.